IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACHARY ST. PETER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GEORGETOWN UNIVERSITY; PRINCY KUMAR AND MARY FURLONG,<br><br>　　　　　　Defendants. | Civil No.: 1:23-cv-02058-JEB |

**NOTICE OF APPEARANCE – ASHLEY E. MILLER**

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Please take note of the appearance of Ashley E. Miller of Saul Ewing LLP, 1919 Pennsylvania Avenue, Suite 550, Washington, D.C. 20006-3434 as co-counsel for Defendants, Princy Kumar, Mary Furlong and Georgetown University in this matter.

Please direct copies of all pleadings and other documents in this matter to her attention.

Dated: October 19, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**SAUL EWING LLP**

　　　　　　　　　　　　　　　　　　*/s/ Ashley E. Miller*
　　　　　　　　　　　　　　　　　　Ashley E. Miller (D.C. Bar No. 999918)
　　　　　　　　　　　　　　　　　　Ashley.Miller@saul.com
　　　　　　　　　　　　　　　　　　Henry A. Platt (D.C. Bar No. 425994)
　　　　　　　　　　　　　　　　　　Henry.Platt@saul.com
　　　　　　　　　　　　　　　　　　SAUL EWING LLP
　　　　　　　　　　　　　　　　　　1919 Pennsylvania Ave., N.W., Suite 550
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　(202) 295-6679 – Telephone
　　　　　　　　　　　　　　　　　　(202) 337-6065 – Telefax

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　*Georgetown University, Princy Kumar, and*
　　　　　　　　　　　　　　　　　　*Mary Furlong*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 19th day of October, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE –ASHLEY MLLER** was filed with the Clerk via the Court's electronic filing system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

              */s/ Ashley Miller*
              Ashley Miller